1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ARMAND D. ROTH
4  Special Assistant United States Attorney
   California Bar No. 214624
5
        333 Market Street, Suite 1500
6       San Francisco, California 94105
        Telephone: (415) 977-8924
7       Facsimile: (415) 744-0134
        E-Mail:Armand.Roth@ssa.gov
8

9  Attorneys for Defendant Commissioner of Social Security

10                        UNITED STATES DISTRICT COURT

11                       EASTERN DISTRICT OF CALIFORNIA

12                              **FRESNO DIVISION**

13

14 JULIE ROMERO,                     )
                                     )      1:08cv01956 DLB
15        Plaintiff,                 )
                                     )
16            v.                     )      STIPULATION AND ORDER EXTENDING
                                     )      TIME TO FILE THE ADMINISTRATIVE
17 MICHAEL J. ASTRUE[1],             )      RECORD
   Commissioner of                   )
18 Social Security,                  )
                                     )
19        Defendant.                 )
   _____   )

20

21        IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

22 approval of the Court, that Defendant shall have a 40-day extension of time, up to June 17, 2009,

23 to file the administrative record. This extension is requested because Defendant needs additional time to

24 locate the administrative record.

25

26

27

28 ───────────────────────

    [1] Michael J. Astrue is the Commissioner of Social Security and the defendant in this suit.

| | | |
|---|---|---|
| 1 | Respectfully submitted, | |
| 2 | | /s/ Brian C. Shapiro * |
| | | BRIAN C. SHAPIRO |
| 3 | | Plaintiff's Attorney |
| | | * by Armand Roth by telephone authorization of 5/8/09 |
| 4 | | |
| | | LAWRENCE G. BROWN |
| 5 | | Acting United States Attorney |
| | | LUCILLE GONZALES MEIS |
| 6 | | Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| 7 | | |
| 8 | Dated: May 8, 2009 | /s/ Armand D. Roth |
| | | ARMAND D. ROTH) |
| 9 | | Special Assistant U.S. Attorney |
| 10 | | Attorneys for Defendant |

IT IS SO ORDERED.

Dated: **May 8, 2009**              **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE