1

2

3

4

5

6

7                       IN THE UNITED STATES DISTRICT COURT FOR THE

8                              EASTERN DISTRICT OF CALIFORNIA

9
   JULIE ROMERO,                          )         1:08cv01956 DLB
10                                         )
                                           )
11                                         )
                                           )         ORDER DISMISSING ACTION
12              Plaintiff,                 )
                                           )
13        vs.                              )         (Document 13)
                                           )
14  MICHAEL J. ASTRUE, Commissioner,       )
                                           )
15                                         )
16              Defendant.                 )
   _____)

17          On July 2, 2009, the parties filed a stipulation to dismiss this matter pursuant to Fed. R.
18  Civ. P. 41(a)(1)(ii).  Based on the parties' stipulation, this action is DISMISSED.  Each party shall
19  bear his or her own costs and expenses.
20

21          IT IS SO ORDERED.
22      Dated:    **July 6, 2009**         _____
23                                         /s/ **Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28                                              1